# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

**Criminal Case No.  14-CR-00081-DW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. WALTER SIMENTAL-RAMOS,**

**Defendant.**

## ORDER RE: MOTION FOR ORDER DISMISSING INDICTMENT AND VACATING STATUS CONFERENCE SCHEDULED FOR MARCH 24, 2014 [Doc. #16]

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The U. S. Attorneys Office has filed a Motion to Dismiss the Indictment, and therefore, the Status Conference set for March 24, 2014 at 9:00 a.m. is hereby VACATED.

**IT IS HEREBY ORDERED** this case is now a Denver case and the Clerk's Office should draw a District Court Judge for a ruling on the Motion to Dismiss.

**DATED: March 24, 2014.**

        BY THE COURT:

        **s/David L. West**
        **United States Magistrate Judge**